**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darryl L. MOFFETT, Defendant—Appellant.**

No. 08–7556.

United States Court of Appeals, Fourth Circuit.

Submitted: May 6, 2009.

Decided: May 26, 2009.

Darryl L. Moffett, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl L. Moffett appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). Moffett argues that the district court erred by failing to reduce his sentence under Amendment 706 of the Guidelines, *see U.S. Sentencing Guidelines Manual* ("USSG") § 2D1.1(c) (2008); USSG App. C, Amend. 706. We have reviewed the record and find the district court properly exercised its discretion after considering the applicable 18 U.S.C. § 3553(a) (2006) factors. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*